O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>A. M. GONZALES, Warden,<br><br>　　　　Respondent. | Case No. EDCV 13-1389-DOC (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that respondent's Motion to Dismiss is granted and that Judgment be entered dismissing petitioner's ex post facto claim without prejudice and dismissing petitioner's remaining claims with prejudice.

DATED: June 5, 2014

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE