JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>        Petitioner,<br><br>     vs.<br><br>A. M. GONZALES, Warden,<br><br>        Respondent. | Case No. EDCV 13-1389-DOC (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that petitioner's ex post facto claim is dismissed without prejudice and petitioner's remaining claims are dismissed with prejudice.

DATED: June 5, 2014

*/s/ David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1